Approved: _____
MICHAEL D. MAIMIN
Assistant United States Attorney

Before: THE HONORABLE ANDREW E. KRAUSE
United States Magistrate Judge
Southern District of New York

21 MJ 9865

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>CHRISTOPHER T. FOXON,<br><br>Defendant. | **COMPLAINT**<br><br>Violation of 18 U.S.C. §§ 2113(a)&(d) and 924(c)(1)(A)(ii)<br><br>COUNTY OF OFFENSE: ORANGE COUNTY |

SOUTHERN DISTRICT OF NEW YORK, ss.:

JESSICA MILLER, being duly sworn, deposes and says that she is a Special Agent with the Federal Bureau of Investigation (the "FBI"), and charges as follows:

## COUNT ONE

1.   On or about October 15, 2021, in the Southern District of New York, CHRISTOPHER T. FOXON, the defendant, intentionally and knowingly, by force and violence, and by intimidation, took, and attempted to take, from the person and presence of another, and obtained by extortion any property and money and any other thing of value belonging to, and in the care, custody, control, management, and possession of, any bank, credit union, and any savings and loan association, and, in committing, and in attempting to commit, such offense, assaulted any person, and put in jeopardy the life of any person by the use of a dangerous weapon or device, to wit, FOXON robbed a Chase Bank located in Greenwood Lake, New York, at gunpoint.

(Title 18, United States Code, Section 2113(a)&(d).)

## COUNT TWO

2.   On or about October 15, 2021, in the Southern District of New York, CHRISTOPHER T. FOXON, the defendant, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, the armed bank robbery charged in Count One of this Complaint, knowingly did use and carry a firearm, and, in furtherance of such crime, did possess a firearm, which firearm was brandished.

(Title 18, United States Code, Section 924(c)(1)(A)(ii).)

The bases for my knowledge and the foregoing charges are, in part, as follows:

3. I am a Special Agent with the FBI, and I have been personally involved in the investigation of this matter. This affidavit is based in part upon my conversations with other law-enforcement agents and my examination of reports and records. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

4. This Complaint arises from an investigation of an armed bank robbery of a Chase Bank in Greenwood Lake, New York, on or about October 15, 2021.

5. On or about October 15, 2021, staff with the Chase Bank in Greenwood Lake, New York, reported an armed robbery that occurred at approximately 12:30 p.m. I am familiar with that area, and know that the Chase Bank is located between Windermere Avenue/State Route 210, Willow Lane, and Linden Avenue in Greenwood Lake:



6. I also know from my training and experience that Chase Bank is insured by the Federal Deposit Insurance Corporation, also known as the "FDIC."

7. I have spoken with a fellow law enforcement agent who spoke with employees of the bank, who reported that:

a. At or about 12:27 pm, a man walked into the bank, wearing what appeared to be an N-95 mask, displayed what appeared to be a handgun, and pointed it at a teller.

2

b. The robber handed a white plastic bag to a teller and demanded that the teller put money in the bag. The teller placed approximately $7,000 in the bag. The teller did not trip an alarm yet.

c. After the robber left the bank, one of the tellers tripped an alarm. One of the tellers saw that, after the robber left the bank, he walked to Linden Avenue and walked south.

8. I have spoken with a fellow law enforcement officer who reviewed surveillance video collected from the Chase Bank and from various cameras in the area of the Chase Bank, who told me, in substance and in part:

a. Shortly before the robbery, video surveillance captured a man getting out of a black Jeep Grand Cherokee—parked behind a Sunoco gas station on the corner of Windermere Avenue and Orchard Street in Greenwood Lake, New York[1]—with New Jersey license plates, a tow hitch, and a dent in the left rear fender. Reviewing multiple surveillance videos, the law enforcement officer was able to watch the man walk along Orchard Street to Linden Avenue, and then along Linden Avenue to the parking lot outside the Chase Bank.

b. Moments later, Chase Bank's video surveillance captured the man walking into the bank and recorded the robbery. The man was wearing blue jeans, a dark jacket, and a dark baseball cap, while carrying a white plastic bag:



---

[1] The Sunoco station can be seen on the map above.

c. After the robbery, the Chase surveillance videos showed the robber walking out to the parking lot; moments later, surveillance videos captured the robber walking from the parking lot onto Linden Avenue, down Linden Avenue, turning onto Orchard Street, and getting into the back passenger seat of the Jeep Grand Cherokee, which drove away:



d. With the robber back in the Jeep Grand Cherokee, video surveillance captured the Jeep Grand Cherokee pull out from behind the Sunoco, turn east on Orchard Street, and then turn right to drive south on Linden Avenue. Video surveillance along Linden Avenue showed the Jeep Grand Cherokee driving south. A video surveillance camera then showed the Jeep Grand Cherokee parked in the driveway front of 14 Linden Avenue, the robber step out of the back of the Jeep Grand Cherokee—without his hat or jacket—drop what appeared to be a white plastic bag filled with something heavy, and then pick the white plastic bag up:



e. The law enforcement officer looked at a variety of still shots from the video surveillance as well as active surveillance video, and determined that the license plate for the Jeep Grand Cherokee appeared to begin with a "P" and end with either "JDM" or "JDH." The law enforcement officer reviewed law enforcement databases, and found that a 2002 Jeep Grand Cherokee with New Jersey license plate number P99JDH was registered to a woman—whose son is CHRISTOPHER T. FOXON, the defendant—at an address in New Jersey. Law enforcement reviewed social media and found social media posts by FOXON which appeared to show the area around Linden Avenue in Greenwood Lake, New York. A law enforcement officer drove along Linden Avenue and saw the Jeep Grand Cherokee—with a dent in the rear left fender, a tow hitch, and New Jersey license plate numbered P99JDH—parked in the driveway in front of █████████████, which is a group of houses including █████████████.

f. The law enforcement officer spoke with an individual who lives near ████████████, who confirmed that photos and video of the robber in the bank and the robbery getting into and out of the Jeep Grand Cherokee is FOXON. The individual also explained that FOXON lives in ████████████ with his mother, who the individual has seen drive FOXON in the Jeep Grand Cherokee, and his father, who is a retired law enforcement officer.

9. Moreover, I have spoken with law enforcement agents who established surveillance of ████████████. They have explained that at around 11:15 pm on October 15, 2021, they saw a man who appeared to be FOXON, step outside of the lake-side door of ████████████, smoke a cigarette, and step back inside.

WHEREFORE, deponent respectfully requests that a warrant be issued for the arrest of CHRISTOPHER T. FOXON, the defendant, and that he be arrested and imprisoned, or bailed, as the case may be.

*/s/ Jessica Miller*
(by AEK, with permission)

_____
JESSICA MILLER
SPECIAL AGENT
Federal Bureau of Investigation
Signed by United States Magistrate

Sworn to me through the transmission of this
Complaint by reliable electronic means, pursuant to
Federal Rule of Criminal Procedure 4.1, this
16th Day of October, 2021    **By FaceTime**

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK