Duration: _____
Proceeding via:   CourtCall   AT&T

DOCKET No. _____   DEFENDANT _____

AUSA _____   DEF.'S COUNSEL _____
□ RETAINED  □ FEDERAL DEFENDERS  □ CJA  □ PRESENTMENT ONLY

□ _____ INTERPRETER NEEDED

□ DEFENDANT WAIVES PRETRIAL REPORT

□ Rule 5   □ Rule 9   □ Rule 5(c)(3)   □ Detention Hrg.   DATE OF ARREST _____   □ VOL. SURR.
TIME OF ARREST _____   □ ON WRIT
□ Other: _____   TIME OF PRESENTMENT _____

## BAIL DISPOSITION

□ SEE SEP. ORDER
□ DETENTION ON CONSENT W/O PREJUDICE        □ DETENTION:  RISK OF FLIGHT/DANGER   □ SEE TRANSCRIPT
□ DETENTION HEARING SCHEDULED FOR: _____
□ AGREED CONDITIONS OF RELEASE
□ DEF. RELEASED ON OWN RECOGNIZANCE
□ $_____ PRB   □ _____FRP
□ SECURED BY $_____ CASH/PROPERTY:  _____
□ TRAVEL RESTRICTED TO SDNY/EDNY/_____
□ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
□ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

□ PRETRIAL SUPERVISION:   □ REGULAR   □ STRICT   □ AS DIRECTED BY PRETRIAL SERVICES
□ DRUG TESTING/TREATMT AS DIRECTED BY PTS   □ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
□ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT
   HOME INCARCERATION        HOME DETENTION        CURFEW        STAND ALONE MONITORING
   LOCATION MONITORING TECHNOLOGY AS DIRECTED BY PTS             GPS
□ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

□ DEF. TO CONTINUE OR SEEK EMPLOYMENT   [OR]   □ DEF. TO CONTINUE OR START EDUCATION PROGRAM
□ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

□ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
□ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: _____
_____; REMAINING CONDITIONS TO BE MET BY: _____

**ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:**

□ DEF. ARRAIGNED; PLEADS NOT GUILTY                □ CONFERENCE BEFORE D.J. ON _____
□ DEF. WAIVES INDICTMENT
□ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

For Rule 5(c)(3) Cases:
□ IDENTITY HEARING WAIVED                □ DEFENDANT TO BE REMOVED
□ PRELIMINARY HEARING IN SDNY WAIVED     □ CONTROL DATE FOR REMOVAL: _____

PRELIMINARY HEARING DATE: _____   □ ON DEFENDANT'S CONSENT

**DATE:** _____   _____
**UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.**